FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 98-cr-00180-WDM

UNITED STATES OF AMERICA,

v.

EDWARD LEE SPRY,

   Defendant.

## ORDER

On January 3, 2006, Defendant Edward Lee Spry filed a Letter requesting a copy of his sentencing transcripts. Mr. Spry claims that he needs a copy of the transcripts, because the United States Bureau of Prisons is executing his sentence differently than the Court intended.

A request for a transcript is subject to a charge by a court reporter. 28 U.S.C. § 753(f). Fees for transcripts may be paid by the United States if a person is proceeding in a criminal action under the Criminal Justice Act, 18 U.S.C. § 3006A, or in a habeas proceeding and is granted permission to sue, defend, or appeal *in forma pauperis*. § 753(f). Fees for transcripts also may be paid by the United States in 28 U.S.C. § 2255 proceedings if a court determines that the appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

Mr. Spry does not meet the requirements set forth in § 753(f) that would entitle him to a free transcript. Nonetheless, the Clerk of the Court will be directed to send to

Defendant a copy of the Judgment filed in the instant case on February 6, 2003. Accordingly, it is

ORDERED that Defendant's request for a copy of the sentencing transcripts in the instant case, filed on January 3, 2006, is denied. It is

FURTHER ORDERED that the Clerk of the Court send a copy of the Judgment, Docket No. 367, that was filed on February 5, 2003, to Defendant.

DATED at Denver, Colorado, this 14th day of February, 2006.

BY THE COURT:

WALKER D. MILLER
United States District Judge