# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01631-WDM
Criminal Action No. 98-cr-00180-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

EDWARD SPRY,

     Defendant/Movant.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Miller, Judge

     Movant has filed a notice of appeal from a final order denying his 28 U.S.C. § 2255

motion to vacate, set aside or correct his sentence.  I have reviewed the file and find that a

certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because

Movant has not made a substantial showing of the denial of a constitutional right.

Accordingly, it is

     ORDERED that a certificate of appealability will not be issued.

     DATED at Denver, Colorado this 8th day of August, 2007.


                    BY THE COURT:


                    s/ Walker D. Miller

                    _____

                    JUDGE, UNITED STATES DISTRICT
                    COURT FOR THE DISTRICT OF COLORADO